## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NICHOLAS JURLOW, individually and on behalf of all other persons similarly situated, known and unknown, ) ) ) | |
| ) | Case No. 15-CV-10309 |
| Plaintiff, ) | |
| ) | Magistrate Judge Valdez |
| v. ) | |
| ) | |
| ADVACARE SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING SETTLEMENT

After fully and carefully reviewing the Parties' Joint Stipulation of Settlement ("Joint Stipulation"), the Court hereby ORDERS that:

1.     The Joint Stipulation[1] is APPROVED as a fair, equitable, and reasonable resolution of a *bona fide* dispute in this contested litigation ("the Action").

2.     The formula for allocation of settlement payments set forth in the Joint Stipulation is APPROVED as a fair, equitable, and reasonable measure for calculating and distributing the settlement payments to Plaintiffs;

3.     All individuals who have filed consents to join the Action as party-plaintiffs are hereby deemed to fully and unconditionally waive and release any and all released claims (as identified in the 'Release of Claims' section of the Joint Stipulation) against any and all Released

---

[1]     The capitalized terms in this order shall be defined as the Parties have defined those terms in the Joint Stipulation.

Parties (as that term is defined in the Joint Stipulation), and as more fully set forth in the Joint Stipulation.

4.     The attorneys' fees and costs identified in the Joint Stipulation, are APPROVED; and Defendant is hereby ORDERED to make payments in accordance with and subject to the terms of the Joint Stipulation. The fees and costs requested are reasonable, and consistent with the case authority given the outcome achieved.  Defendant is hereby ORDERED to make payments in accordance with and subject to the terms of the Parties' Joint Stipulation of Settlement.

5.     The Service Award identified in the Joint Stipulation is APPROVED as calculated to reasonably represent the effort expended by the recipient to benefit those opt-in Plaintiffs who participated in the litigation.

6.     In accordance with the terms of the Joint Stipulation, this Action is dismissed without prejudice, and the dismissal will automatically convert to a dismissal with prejudice one hundred and twenty (120) days after the Order of approval is entered on the Court's docket.

Accordingly, this Court enters this Order approving the terms of the Parties' Joint Stipulation of Settlement.

**SO ORDERED.**                                    **ENTERED:**

**DATE:     December 8, 2016**          _____

                                                         **HON. MARIA VALDEZ**
                                                         **United States Magistrate Judge**

2